**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 502 ML

**WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline (Plaintiffs)

C.A. NO.

vs

**THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVAN,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SEY SEY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Brigham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities (Defendants)

**NOTICE OF REMOVAL**

The Defendants, The City of Providence, the Providence School Department, Stephen T. Napolitano (in his capacity as Treasurer of the City of Providence), Donnie Evans (in official capacity), Melody Johnson (in her official capacity as former superintendent), Dinah Larbi (in her individual and official capacities), Sey Sey Kamara (in individual and official capacities), Diane Martin (in her official and individual

capacities), and John and Joe Doe, by their undersigned attorneys, hereby provide notice of their removal of the above-captioned case from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1441(b) and 1446. Removal is proper for the following reasons:

1. This action was commenced by Plaintiff in the Superior Court of the State of Rhode Island 31 October 2006. The case was docketed as Civil Action No. 06-5709. A copy of the Complaint is attached as Exhibit A.

2. The City, through its attorneys, was served on 1 November 2006.

3. This Notice of Removal is timely, as it is filed within 30 days after receipt by the City of the Complaint.

4. This case is removable from state court to federal court on the basis of federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).

5. In his Complaint, Plaintiff alleges that the defendants, acting under color of state law, committed wrongful acts and omissions which deprived [student] of her rights under the United States Constitution. See Complaint ¶¶ 63-70. They also allege failure by the defendants to comply with section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 and attendant federal regulations, see Complaint ¶¶ 34 & 50, and seek Declaratory Judgment under federal law. See Complaint ¶ 75.

6. These claims by Plaintiff are founded in federal law and arise under the Constitution of the United States within the meaning of 28 U.S.C. § 1331.

7. Claims alleged in the Complaint fall within the original jurisdiction of this Court. Under the provisions of 28 U.S.C. § 1441, et seq., the right exists to remove this

action from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island, which embraces the place where this action is pending.

8. Under 28 U.S.C. § 1441 and principles of supplemental jurisdiction under 28 U.S.C. § 1367, the right exists to remove the entire case to this Court. The state law causes of action in the Complaint involve the same factual background as the federal causes of action. Where, as here, "the state and federal claims . . . derive from a common nucleus of operative fact," the federal court will exercise supplemental jurisdiction over the state law claims. See Rodriguez v. Doral Mortgage Corp., 57 F.3d 1168, 1175-76 (1st Cir. 1995) (citing 28 U.S.C. § 1367(a)).

9. A copy of the Notice of Removal will be sent promptly to opposing counsel of record and will be filed promptly with the Clerk of the Superior Court of the State of Rhode Island, in accordance with 18 U.S.C. § 1446(d).

10. Pursuant to Local Rule 36, within 10 days after filing this Notice of Removal, the City will file with this Court certified copies of the Superior Court file, including a copy of this Notice, and a copy of the Superior Court docket entries.

Dated: 15 November 2006

DEFENDANTS,
By their attorneys,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

By ______________________
Sara A. Rapport (#6184)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740, ext. 385
(401) 351-7596 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of Removal was delivered by first-class mail to Attorney Michael W. Long, 640 George Washington Highway, Lincoln, RI 02865 on ~~15~~ 17 (SR) November 2006.

______________________