**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline
(Plaintiffs)

:C.A.# 06-502ML

vs

**THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVAN,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SEY SEY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Brigham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities
(Defendants)

**NOTICE OF FILING OF STATE COURT RECORD**

Now comes the Defendant, City of Providence, and gives notice that it is filing herewith certified copies of all records and proceedings, including docket entries, from the matter of "Wanda Escobedo, et al v. The City of Providence, et al C.A. No. 06-5709". This is being done in compliance with Local Rule 36(b).

DEFENDANTS,
By their attorneys,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

By [signature]

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740, ext. 385
(401) 351-7596 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of ~~Removal~~ Filing was delivered by first-class mail to Attorney Michael W. Long, 640 George Washington Highway, Lincoln, RI 02865.

[signature]

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5709 WANDA ESCOBEDO V THE CITY OF PROVIDENCE

Filing Date: 10-31-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: WRONGFUL DEATH
Status Date: 11-17-2006

| | |
|---|---|
| Plaintiff: WANDA ESCOBEDO<br>ID: @10871002 | Attorney: MICHAEL LONG |
| Plaintiff: LUIS DELEON<br>ID: @10871003 | Attorney: MICHAEL LONG |
| Plaintiff: ANA CUC<br>ID: @10871004 | Attorney: MICHAEL LONG |

Defendant: CITY OF PROVIDENCE
ID: PROVIDENC
Defendant: PROVIDENCE SCHOOL DEPARTMENT
ID: @10871005
Defendant: STEPHEN NAPOLITANO
ID: @10871006
Defendant: DONNIE EVANS
ID: @10871007
Defendant: MELODY JOHNSON
ID: @10871009
Defendant: DINAH LARBI
ID: @10871010
Defendant: SEY KAMARA
ID: @10871011
Defendant: DIANE MARTIN
ID: @10871012

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-31-2006 | COMPLAINT FILED | |
| 10-31-2006 | INITIAL FILING FEE | |
| 11-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP236612. |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: MARTIN, DIANE |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CITY OF PROVIDENCE |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: NAPOLITANO, STEPHEN T |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5709 WANDA ESCOBEDO V THE CITY OF PROVIDENCE

| | | |
|---|---|---|
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: LARBI, DINAH |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: KAMARA, SEY SEY |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: EVANS, DONNIE |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PROVIDENCE SCHOOL DEPARTMENT |
| 11-14-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: JOHNSON, MELODY A |
| 11-17-2006 | STIP FILED DURING DISCOV | |
| 11-17-2006 | NOTICE | CASE IS REMOVED TO U.S DISTRICT COURT |