640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax