**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.; Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** Defendants | ) | |

**PLAINTIFFS' MOTION TO ENLARGE DATES SET BY PRETRIAL ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and 16(e) and DRI LR Cv 7, plaintiffs request that the Court enlarge the dates set by the pretrial Order in this case for the parties expert witness disclosures, discovery closure, and the filing of dispositive motions. As grounds for this motion, plaintiffs assert that they are substantially prejudiced by defendants' failure to provide answers to interrogatories and production of documents and inspection, ("Defendants' Discovery Responses"), in a timely fashion. In conjunction with this motion, plaintiffs have filed an accompanying Motion to Compel Defendants' Answers to Interrogatories and Responses to Requests for Production of Documents and Inspection.

Pursuant to the Court's December 28, 2006, Pretrial Order in this case, plaintiffs are currently obligated to provide expert witness disclosures on or before July 2, 2007. In anticipation of that disclosure date, plaintiffs filed and served interrogatories and requests for production of documents and inspection on January 22, 2007, with Defendants' Discovery Responses due on or before February 23, 2007.

On March 5, 2007, counsel for defendants requested an enlargement of time to provide Defendants' Discovery responses until March 30, 2007. When plaintiffs did not receive

Defendants' Discovery Responses by April 3, 2007, plaintiffs' counsel contacted defendants' counsel and was informed that Defendants' Discovery Responses would not be provided until at least April 20, 2007.

Plaintiffs are now faced with the prospect of having far less time to evaluate and utilize Defendants' Discovery Responses in the preparation of plaintiffs' expert witness disclosures, deposition preparation and scheduling, and other areas necessary for plaintiffs to properly prepare this case for trial.

For the above reasons, plaintiffs request that the Court enlarge the time for the parties expert witness disclosures, discovery closure, and filing of dispositive motions.

Dated: April 6, 2006

/s/______________________________

Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Sara A. Rapport, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel a copy of Plaintiffs' Motion to Enlarge Dates Set By Pretrial Order on the 6th day of April, 2007.

/s/______________________________

Michael W. Long