**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** Defendants | ) | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND INSPECTION**

Pursuant to Fed. R. Civ. P. 7 and 37 and DRI LR's Cv 7 and 37, plaintiffs move to compel each defendant's answers to interrogatories and production of documents and inspection, ("Defendants' Discovery Responses").

Plaintiffs filed and served interrogatories and document requests on defendants on January 22, 2007, with Defendants' Discovery responses due on or before February 23, 2007. On March 5, 2007, counsel for defendants requested an enlargement of time to provide Defendants' Discovery Responses until March 30, 2007. When plaintiffs did not receive Defendants' Discovery Responses by April 3, 2007, plaintiffs' counsel contacted defendants' counsel and was informed that Defendants' Discovery Responses would not be provided until at least April 20, 2007.

Under the terms of the Court's December 28, 2006, Pretrial Order in this case, plaintiffs are obligated to provide expert witness disclosures on or before July 2, 2007. Defendants' Discovery Responses will form an integral part of the preparation of plaintiffs' expert disclosures, as well as other aspects of plaintiffs' case. In conjunction with this motion,

plaintiffs have also filed an accompanying Motion to Enlarge Dates Set by Pretrial Order.

Counsel for plaintiffs has in good faith conferred with defendants counsel in an effort to secure the information or material without court action.

For the above reasons, plaintiffs request that the Court order production of Defendants' Discovery Responses forthwith.

Dated: April 6, 2006

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

## CERTIFICATE OF SERVICE

To:

Sara A. Rapport, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel a copy of Plaintiffs' Motion to Compel Defendants' Answers to Interrogatories and Responses to Requests for Production of Documents and Inspection on the 6th day of April, 2007.

/s/Michael W. Long
Michael W. Long