**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline (Plaintiffs) | : | |
| | : | C.A. NO. 06-502ML |
| v | : | |
| **THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVAN,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SEY SEY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Brigham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities (Defendants) | : | |

**<u>DEFENDANTS OBJECTION AND RESPONSE TO MOTION TO COMPEL AND MOTION FOR EXTENSION OF TIME</u>**

Defendants hereby object and respond to the Plaintiff's Motion to Compel for the reasons set forth:

(1) On January 22, 2007, Plaintiff served upon the Defendants ten different documents. On each of five defendants she served a Request for Production of Documents, each containing nearly seventy (70) separate requests, and a First Set of

Interrogatories, each containing twenty-five (25) separate interrogatories. One of the five defendants currently lives and is employed in Texas, as the Superintendent of the Fort Worth School District. Although the document requests are overlapping and duplicative among defendants, they are nonetheless extensive in scope and content.

(2) Undersigned defense counsel personally manages and oversees all of the legal work of the Providence School Department with the exception of the legal work concerning special education.

(3) Since early February 2007, undersigned counsel has been diligently meeting with and compiling documents responsive to the document request and preparing answers with defendants.

(4) Through these same months, however, counsel has been litigating through regular hearings three important matters before the Rhode Island Department of Education, which were and remain time sensitive, appearing on two state court matters one scheduled for trial to begin in June, and handling/overseeing numerous arbitration proceedings for which dates are fixed months in advance.

(5) Defense counsel has engaged an Assistant City Solicitor within the Law Department to assist in responding to this discovery and will serve the Responses to Requests for Production by 20 April 2007; the Answers to Interrogatories will follow soon thereafter and by no later than 4 May 2007.

(6) Defense counsel respectfully seeks this additional time and has no objection to a two week enhancement of the disclosure date for Plaintiffs' expert witnesses.

DEFENDANTS,
By their attorneys,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

By_/s/Sara A. Rapport

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740, ext. 385
(401) 351-7596 (facsimile)

**CERTIFICATE OF SERVICE**

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865.

I certify that on this 11th day of April, 2007, I caused the within Objection and Response to Plaintiffs' Motion to Compel and Motion for Extension of Time to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/Sara A. Rapport