**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* | ) | |
| Plaintiffs | ) | C.A. No. 06-502ML |
| | ) | |
| vs. | ) | |
| | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** | ) | |
| Defendants | ) | |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b), plaintiffs will take the deposition upon oral examination of defendant **Dinah Larbi** before a Notary Public or such other officer authorized to take sworn testimony at the office of defendant's counsel, Sara A. Rapport, Esq., City of Providence-Law Department, 275 Westminster Street, Suite 200, Providence, RI 02903 on **Monday, July 30, 2007, at 1:30 p.m.**

Dated: June 20, 2007

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

# CERTIFICATE OF SERVICE

To:

Sara A. Rapport, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel a copy of this Notice to Take Deposition on the 20th day of June, 2007.

/s/Michael W. Long
Michael W. Long