**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* | ) | |
| Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** | ) | |
| Defendants | ) | |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs will take the deposition upon oral examination of defendant **City of Providence** before a Notary Public or such other officer authorized to take sworn testimony at the office of defendant's counsel, Sara A. Rapport, Esq., City of Providence-Law Department, 275 Westminster Street, Suite 200, Providence, RI 02903 on **Tuesday, July 31, 2007, at 1:30 p.m.**

Defendant City of Providence is hereby required to designate the individual(s) with the most knowledge regarding the following matters to provide sworn testimony at the above time and place:

1. Section 504 of the Rehabilitation Act of 1973 (codified at 29 U.S.C. §794), and attendant federal regulations, regarding functional analysis of, and planning for health and safety issues related to students in the Providence Public Schools for the period September 1, 2003 through May 20, 2005.

2. Section 1.22 of the Rhode Island Department of Elementary and Secondary Education Rules and Regulations for School Health Programs, (the "State Regulations"), regarding "[i]ndividualized health services...to individual students who attend school within the community which are specific to the health needs of the individual student..."

3. Section 17.11.4 of the State Regulations regarding the "[p]rotocols or procedures...individualized emergency plan for a student at risk for

anaphylaxis, asthmatic conditions and/or any other medical emergencies, as defined in section 1.12 herein."

Dated: June 20, 2007

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Sara A. Rapport, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel a copy of this Notice to Take Deposition on the 20th day of June, 2007.

/s/Michael W. Long
Michael W. Long