**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline (Plaintiffs)

: C.A. NO. 06-502ML

v

**THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVANS,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SEY SEY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Brigham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities (Defendants)

**COURT ORDER**

After hearing before this Court on 16 November 2007, it is hereby **ORDERED** that the Providence School Department produce to counsel for the Plaintiff a list of the students, with most recent addresses and telephone numbers, in attendance in Say Say Kamara's science class at Bridgham Middle School on 20 May 2005 at approximately 12

noon. It is further **ORDERED** that counsel for plaintiff not contact or speak with the students directly without first obtaining permission from the parents of such students.

**SO ORDERED**

By

Magistrate Judge Lincoln D. Almond

Presented by: DEFENDANTS
By their attorneys,
JOSEPH M. FERNANDEZ
CITY SOLICITOR
/s/ Sara A. Rapport
Sara A. Rapport (#6184)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, ext. 385
(401) 351-7596 (facsimile)
srapport@providenceri.com

## CERTIFICATE OF SERVICE

I hereby certify that I sent via electronic mail a true copy of the within draft Order to the Attorney of Record as listed below on this 26th day of November, 2007.

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865