UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline (Plaintiffs) | : |
| | : C.A. NO. 06-502ML |
| v | : |
| **THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVANS,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SEY SEY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Brigham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities (Defendants) | : |

**ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for Defendants in the above-entitled matter.

/s/ Kevin F. McHugh (#3927)
Kevin F. McHugh
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)
kevin_mc1950@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent via electronic mail a true copy of the within Entry of Appearance to the Attorney of Record as listed below on this 6th day of December, 2007.

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865
ml@mwllaw.com

/s/ Kevin F. McHugh