AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

WANDA ESCOBEDO et als

V.

CITY OF PROVIDENCE et als

**APPEARANCE**

Case Number: 06-502/ML

To the Clerk of this court and all parties of record:

Enter my appearance as ~~counsel in this case for~~ co-counsel in this case for plaintiffs.

I certify that I am admitted to practice in this court.

Date December 31, 2007

/s/ Gordon P. Cleary
Signature

Gordon P. Cleary
Print Name

1948
Bar Number

Vetter & White, 20 Washington Place
Address

Providence
City

RI
State

02903
Zip Code

(401) 421-3060
Phone Number

(401) 272-6803
Fax Number

gcleary@vetterandwhite.com