UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** Defendants | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs will take the deposition upon oral examination of defendant **City of Providence** before a Notary Public or such other officer authorized to take sworn testimony at the offices of Vetter & White, 20 Washington Place, 3rd Floor, Providence, Rhode Island 02903 **on Thursday, January 31, 2008, at 9:00 a.m.**

Defendant City of Providence is hereby required to designate the individual(s) with the most knowledge regarding the following matters to provide sworn testimony at the above time and place:

1. Section 504 of the Rehabilitation Act of 1973 (codified at 29 U.S.C. §794), and attendant federal regulations, regarding functional analysis of, and planning for health and safety issues related to students in the Providence Public Schools for the period September 1, 2003 through May 20, 2005.

2. Section 1.22 of the Rhode Island Department of Elementary and Secondary Education Rules and Regulations for School Health Programs, (the "State Regulations"), regarding "[i]ndividualized health services...to individual students who attend school within the community which are specific to the health needs of the individual student..."

3. Section 17.11.4 of the State Regulations regarding the "[p]rotocols or

procedures...individualized emergency plan for a student at risk for anaphylaxis, asthmatic conditions and/or any other medical emergencies, as defined in section 1.12 herein."

Dated: January 11, 2008

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Kevin F. Mchugh, Esq.
Sara A. Rapport, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Notice of Deposition on the 11th day of January, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long