**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* | ) | |
| Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** | ) | |
| Defendants | ) | |

**PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Pursuant to Federal and Local Rules 7 and 45, plaintiffs move to compel compliance with a subpoena served on the Rhode Island E-911 Uniform Emergency Telephone System, (the "Emergency Telephone System"), for records relating to the death of Joseline Cuc.

Counsel for plaintiffs certifies that he has conferred with the Emergency Telephone System in an effort to secure the information sought by this motion without court intervention.

Plaintiffs hereby file an accompanying Memorandum In Support of this motion.

Dated: January 15, 2008

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

William P. Gasbarro, Esq.
E-911 Uniform Emergency Telephone System
1951 Smith Street
North Providence, RI 02911

Sara A. Rapport, Esq.
Kevin F. McHugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Motion to Compel on the 15th day of January, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by facsimile and mailing first class mail, postage prepaid, to William P. Gasbarro, Esq., counsel for the E-911 Uniform Emergency Telephone System.

/s/Michael W. Long
Michael W. Long