**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** Defendants | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiffs move to compel compliance with a subpoena served on the Rhode Island E-911 Uniform Emergency Telephone System, (the "Emergency Telephone System"), for records relating to the death of Joseline Cuc. For the followings reasons, sufficient cause exists for issuance of a Court Order compelling the Emergency Telephone System's compliance with that subpoena.

**Facts**

On January 9, 2008, plaintiffs served a subpoena on the Emergency Telephone System seeking production of:

1. All documents constituting, referring or relating to communications to, from, or monitored by RI E-911 on May 20, 2005, concerning Joseline Cuc, a seventh grade student at the Samuel W. Bridgham Middle School, 1655 Westminster Street, Providence, Rhode Island.

2. All tape or other electronic recording, including but not limited to computer data, referring or relating to communications to, from, or monitored by RI E-911 on May 20, 2005, concerning Joseline Cuc.

A copy of the subpoena with executed Proof of Service, (the "Subpoena"), is attached hereto as Exhibit A.

The Emergency Telephone System responded to the Subpoena in writing on January 10, 2008, advising plaintiffs that no information would be forthcoming based on confidentiality provisions in the *911 Emergency Telephone Act, R.I.G.L. §39-21.1-1,* et. seq. A copy of the letter from the Emergency Telephone System is attached hereto as Exhibit B.

**Plaintiffs' Position**

Subsection (2) of R.I.G.L. §39-21.1-4, *Confidentiality*, provides in pertinent part that the Emergency Telephone System may not disseminate information in their custody or control to anyone other than public safety agencies "without the written consent of the person whose voice is recorded, or upon order of the court."

Plaintiffs contend the seriousness of the allegations in this case far outweigh any need for confidentiality. Plaintiffs are duty bound to fully investigate the circumstances surrounding the death of Joseline Cuc, a seventh grade student at Bridgham Middle School, ("Joseline"), in the hallway of the Samuel W. Bridgham Middle School, (the "Bridgham Middle School"), Providence.

Just prior to her death on May 20, 2005, Joseline became involved in a physical confrontation with a classmate and her science teacher, defendant Sey Sey Kamara, in a classroom at Bridgham Middle School. As a result, Mr. Kamara ejected Joseline from the classroom. Mr. Kamara testified during his deposition that he ejected Joseline from the classroom at 12:10 p.m. After her ejection, Joseline tried to reenter Mr. Kamara's classroom, but was denied access.

Defendants' document production and Mr. Kamara's deposition testimony indicate Joseline spent at least fifteen minutes alone in the hallway before anyone realized she suffered heart failure. Those same documents also indicate at least two individuals called 911

when they found Joseline on the floor of the hallway outside Mr. Kamara's classroom.

The information sought by the Subpoena will disclose the timing of those phone calls, who made them, and what was said. The amount of time Joseline spent alone in the hallway, her condition when found, who found her, and who was present are crucial to the determination of liability in this case.

A complete response to the Subpoena by Emergency Telephone System is called for in the circumstances. The Rhode Island Legislature acknowledged such situations would arise and provided for the release of 911 information "upon order of the court." Plaintiffs request that the Court issue that Order.

**Conclusion**

Plaintiffs request issuance of an Order compelling the Emergency Telephone System to provide the information sought by the Subpoena.

Dated: January 15, 2008

/s/Michael W. Long

Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

William P. Gasbarro, Esq.
E-911 Uniform Emergency Telephone System
1951 Smith Street
North Providence, RI 02911

Sara A. Rapport, Esq.
Kevin F. McHugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Memorandum on the 15th day of January, 2008. This Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to William P. Gasbarro, Esq., counsel for the E-911 Uniform Emergency Telephone System.

/s/Michael W. Long
Michael W. Long