# EXHIBIT B

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Executive Department
E 9-1-1 Uniform Emergency Telephone System
1951 Smith Street
North Providence, RI 02911
Telephone: (401) 354-0911
Fax: (401) 354-0933 / TDD: Dial 911

DONALD L. CARCIERI
GOVERNOR

RAYMOND LABELLE
EXECUTIVE DIRECTOR

1/10/08

Michael W. Long, Esq.
640 George Washington Highway
Lincoln, RI 02865

RE: Subpoena for 9-1-1 Records

Dear Attorney Long,

On or about 1/9/08, I was served the enclosed subpoena to appear and produce "*1. All documents constituting, referring or relating to communications to, from, or monitored by RI E 9-1-1 on May 20, 2005, concerning Joseline Cuc, a seventh grade student at the Samuel W. Bridgham Middle School, 1655 Westminster Street, Providence, Rhode Island.*
*2. All tape or other electronic recordings, including but not limited to computer data, referring or relating to communications to, from, or monitored by RI E 9-1-1 on May 20, 2005, concerning Joseline Cuc.*"

Please be advised that if such a call or calls were made to 9-1-1, we are unable to supply them to you without an Order of the Court (RIGL 39-21.1-4 "...The calls shall not be released to any other parties without the written consent of the person ***whose voice is recorded, or upon order of the court***").

Accordingly, as Keeper of the Records, I do not plan to mail information or appear at your office on or before 10:00 a.m., Friday, January 25, 2008.

If you have further questions, please contact our legal counsel, William Gasbarro, 354-0911. Thank you.

Very truly yours,

Patricia A. Tirocchi
Keeper of the Records