UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **WANDA ESCOBEDO,** *in her capacity as The Executrix of the Estate of Joseline Cuc, et. al.;* Plaintiffs | ) ) ) | |
| VS. | ) | |
| **THE CITY OF PROVIDENCE**, *et. al.* Defendants | ) ) | C.A. No. **06-502ML** |

**RHODE ISLAND E 9-1-1**
**UNIFORM EMERGENCY TELEPHONE SYSTEM DIVISION**
**MOTION TO QUASH**
**PLAINTIFF'S MOTION TO COMPEL**
**COMPLIANCE WITH SUBPOENA DUCES TECUM**

Now comes the counsel for the Rhode Island E 9-1-1 Uniform Emergency Telephone System Division, Department of Administration, State of Rhode Island (Rhode Island E 9-1-1), and moves to quash the Plaintiff's Motion to Compel Compliance with Subpoena Duces Tecum served upon its Keeper of Records to appear in the above matter, a copy of said Plaintiff's Motion to Compel and Subpoena Duces Tecum being attached hereto.

Counsel for the Rhode Island E 9-1-1 certifies that he has conferred with Plaintiff's counsel in an effort to resolve this matter without Court intervention.

RI E 9-1-1 hereby files an accompanying Memorandum in Support of their Motion to Quash.

Dated: January 23, 2008

Rhode Island E 9-1-1 Uniform Emergency Telephone System Division
1951 Smith Street
North Providence, RI 02911

By its Counsel,

William P. Gasbarro, Esq. #4601
(401) 354-0911

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **WANDA ESCOBEDO,** *in her capacity as The Executrix of the Estate of Joseline Cuc, et. al.;* Plaintiffs | ) ) ) | |
| VS. | ) | |
| **THE CITY OF PROVIDENCE,** *et. al.* Defendants | ) ) | C.A. No. **06-502ML** |

**RHODE ISLAND E 9-1-1**
**UNIFORM EMERGENCY TELEPHONE SYSTEM DIVISION**
**MEMORANDUM IN SUPPORT OF MOTION TO QUASH**
**PLAINTIFF'S MOTION TO COMPEL**
**COMPLIANCE WITH SUBPOENA DUCES TECUM**

The E 9-1-1 Uniform Emergency Telephone System Division moves to quash a subpoena served on the Rhode Island E 9-1-1 for records relating to the death of Joseline Cuc. For the following reasons, sufficient cause exists for the issuance of a Motion to Quash, denying Rhode Island E 9-1-1's compliance with said Subpoena.

**Rhode Island E 9-1-1's Position**

The E 9-1-1 Uniform Emergency Telephone System Division contends that the information sought to be obtained by said Motion/Subpoena is protected from disclosure under Sections 39-21.1-4, 39-21.1-17, and 38-2-2(4)(S), General laws, State of Rhode Island, as amended.

Consequently, if the E 9-1-1 Uniform Emergency Telephone System Division received a call or calls on or about May 20, 2005, concerning Joseline Cuc, as referenced in the Motion to Compel/Subpoena Duces Tecum, it is constrained by law from disclosing information pertaining thereto in connection with the instant matter except by written request of the caller or by order of the court (Section 39-21.1-4 and Section 39-21.1-17, General Laws, State of Rhode Island, as amended.)

Additionally, due to the confidentiality provisions of Sections 39-21.1-4 and 39-21.1-17, such information as is being sought under the Motion to Compel/Subpoena Duces Tecum is not available as a "public record" under Section 38-2-2(4)(S) of the General Laws, State of Rhode Island, as amended.

For the reasons above cited, the E 9-1-1 Uniform Emergency Telephone Division moves that the Motion to Compel Compliance with Subpoena Duces Tecum served upon the Keeper of Records of the E 9-1-1 Uniform Emergency Telephone Division be quashed.

Alternatively, if this Honorable Court deems fit to grant Plaintiff's Motion to Compel Compliance with Subpoena, Rhode Island E 9-1-1 respectfully requests that the Court preserve the confidentiality of the produced tapes and/or documents in conformity with the Legislative intent as evidenced within RIGL 39-21.1-4, 39-21.1-17.

Therefore, Rhode Island E 9-1-1 would request this Honorable Court to insert a clause stating… "That the authenticated copy of said recorded Emergency Telephone call(s) and copies of written records pertaining thereto shall remain confidential and neither they nor the original versions thereof shall be released to any other parties except upon further Order of the Court. The recordings may, however, be made available to those persons identified as expert witnesses in any proceeding."

Dated: January 23, 2008

E 9-1-1 Uniform Emergency Telephone System Division
By its Counsel,

William P. Gasbarro, Esq. #4601
(401) 354-0911

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **WANDA ESCOBEDO,** *in her capacity as The Executrix of the Estate of Joseline Cuc, et. al.;* Plaintiffs | ) ) ) | |
| **VS.** | ) | |
| **THE CITY OF PROVIDENCE,** *et. al.* Defendants | ) ) | C.A. No. **06-502ML** |

**RHODE ISLAND E 9-1-1**
**UNIFORM EMERGENCY TELEPHONE SYSTEM DIVISION**
**CERTIFICATE OF SERVICE**

TO:

Michael W. Long
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310
(401) 333-0311 (fax)

Sara A. Rapport, Esq.
Kevin F. McHugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I hand delivered this to the court and caused this Memorandum to be electronically filed on the 23rd of January, 2008. This Memorandum will be available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to Michael W. Long, Esq., counsel for the Plaintiffs and Sara A. Rapport and Kevin McHugh, Counsel for the City of Providence, Defendants.

William P. Gasbarro, Esq. #4601
Rhode Island E 9-1-1 Uniform Emergency Telephone System Division
(401) 354-0911