**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO, in her capacity as the Executrix of the Estate of Joseline Cuc, et al** | : | |
| **(Plaintiff)** | : | |
| | : | |
| **vs** | : | **C.A. NO. 06-502ML** |
| | : | |
| **THE CITY OF PROVIDENCE, ET AL** | : | |

**DEFENDANTS' OBJECTION**
**TO PLAINTIFFS' MOTION TO COMPEL**

Now come the Defendants, in the above entitled matter and hereby Object to Plaintiff's Motion to Compel. Defendants submit the accompanying Memorandum in support thereof.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO, in her capacity as the Executrix of the Estate of Joseline Cuc, et al** | : | |
| **(Plaintiff)** | : | |
| | : | |
| **vs** | : | **C.A. NO. 06-502ML** |
| | : | |
| **THE CITY OF PROVIDENCE, ET AL** | : | |

**MEMORANDUM IIN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO COMPEL**

Plaintiff has moved to compel the following:

(1) Defendants' Response to Plaintiffs' Second Request for Production;

(2) Response to Request Nos. 38, Plaintiffs' First Request for Production;

(3) Interrogatory Answers from Defendant Donnie Evans, Plaintiffs' First Set of Interrogatories; and

(4) Defendant Diana Larbi's Answers to Interrogatories No. 19 Plaintiffs' First Set of Interrogatories.

As of the filing of this response, the Defendants have produced all of the above except for (3) Interrogatories Answers from Defendant Donnie Evans. Plaintiffs' First Set of Interrogatories. Therefore, Plaintiffs' Motion should be denied as moot as to numbers (1), (2) and (4).

As to request number (3) the interrogatories answers of Defendant Donnie Evans, Defendant Evans requests an additional (10) days within which to respond. As reasons therefore, Defendant Evans states that he was not the Superintendent at the time of this incident. Therefore, more time to answer is required.

Moreover, lead counsel in this case has recently changed and he is preparing for trial in this Court in the case of Walden v. City of Providence C.A. No. 04-304A.

Thus, Counsel needs more time to finalize the answers also.

Wherefore, Defendants request that Plaintiffs' Motion be denied as moot as to numbers (1), (2) and (4) and that Defendant Donnie Evans be given and additional ten (10) days within which to respond to his interrogatories.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this 25th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865

/s/ Kevin F.McHugh
Kevin F. McHugh