UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** *et. al.***;** Defendants | ) | |

**REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES**

Pursuant to Local Rule 7(b)(2), plaintiffs hereby reply to Defendants' Objection to Plaintiffs' Motion to Compel.

On January 11, 2008, plaintiffs moved to compel the following from defendants:

(1) Defendants' Response to Plaintiffs' Second Request for Production;

(2) Response to Request Nos. 38, Plaintiffs' First Request for Production;

(3) Interrogatory Answers from Defendant Donnie Evans, Plaintiffs' First Set of Interrogatories; and,

(4) Defendant Dinah Larbi's Answer to Interrogatory No.19, Plaintiffs' First Set of Interrogatories.

On January 25, 2008, defendants objected to Plaintiffs' Motion to Compel, in the process contending that as of the filing of their objection, "the Defendants have produced all of the above except for (3) Interrogatories [sic] Answers from Defendant Donnie Evans." Defendants are incorrect.

Plaintiffs have not received anything at all from defendants regarding (1) Defendants' Response to Plaintiffs' Second Request for Production. Moreover, except for a

copy of a cover letter to the Court from defendants' counsel dated January 23, 2008, plaintiffs have not received any documents, or an opportunity to review the personnel files of defendants, regarding (2) Response to Request Nos. 38, Plaintiffs' First Request for Production.

Regarding (3) Interrogatory Answers from Defendant Donnie Evans, Plaintiffs' First Set of Interrogatories, defendants have had the interrogatories for over a year. Despite representing several times that Mr. Evans would answer the interrogatories, and despite repeated written requests from plaintiffs, defendants have yet to provide those answers.

Finally, plaintiffs did receive (4) Defendant Dinah Larbi's Answer to Interrogatory No.19, Plaintiffs' First Set of Interrogatories, and this issue is moot.

Dated: January 28, 2008

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Kevin F. McHugh, Esq.
Sara A. Rapport, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Reply to Defendants' Objection to Plaintiffs' Motion to Compel Responses to Requests for Production of Documents and Answers to Interrogatories on the 28th day of January, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long