**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** Defendants | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, plaintiffs will take the deposition upon oral examination of **Dr. Francis Gallo** before a Notary Public or such other officer authorized to take sworn testimony at the offices of Vetter & White, 20 Washington Place, 3rd Floor, Providence, Rhode Island 02903, on **Friday, February 15, 2008, at 2:00 p.m.**

Dated: January 31, 2008

/s/Michael W. Long
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Kevin F. Mchugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

Dr. Francis Gallo
Superintendent of Public Schools
City of Central Falls
41 Hedley Avenue
Central Falls, RI 02863

I hereby certify that I electronically filed this Notice of Deposition on the 31st day of January, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long