**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.; Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE**, et. al.; Defendants | ) | |

**ORDER**

After hearing on Plaintiffs' Motion to Compel Documents and Answers to Interrogatories, it is hereby Ordered:

1. Defendants shall produce documents responsive to Request No. 38, Plaintiffs' Request for Production.

2. The documents produced by defendants are deemed Confidential and limited to use in these proceedings only.

3. Plaintiffs shall not provide copies of the responsive documents or otherwise disseminate the information in those documents to anyone other than plaintiffs' experts, witnesses, support personnel, and in filings made with the Court for purposes necessary to these proceedings.

PER ORDER:

[signature]
CLERK

ENTER:

[signature], J.
USMJ

/s/Michael W. Long
Presented By: Michael W. Long, No. 5545, Attorney at Law, P.C., 640 George Washington Highway, Lincoln, RI 02865. (401) 333-0310/(401) 333-0311 Fax.

**CERTIFICATE OF SERVICE**

To:

Kevin F. Mchugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Order on the 1st day of February, 2008. This Order is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long