**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO, in her capacity as the Executrix of the Estate of Joseline Cuc, et al** | : | |
| **(Plaintiff)** | : | |
| **vs** | : | **C.A. NO. 06-502ML** |
| **THE CITY OF PROVIDENCE, ET AL** | : | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO MAKE THEIR EXPERT DISCLOSURE**

Now come the Defendants, in the above entitled matter and hereby move for and Extension of Time up to and including June 30, 2008. Defendants rely on the accompanying Memorandum in support thereof.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO, in her capacity as the Executrix of the Estate of Joseline Cuc, et al** | : | |
| **(Plaintiff)** | : | |
| **vs** | : | **C.A. NO. 06-502ML** |
| **THE CITY OF PROVIDENCE, ET AL** | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO MAKE THEIR EXPERT DISCLOSURE**

Defendants' Counsel entered his appearance in this case on December 6, 2007. Defendants' expert disclosures are due on May 2, 2008. Defendants received Plaintiffs' expert disclosure on March 3, 2008.

On February 13, 2008, Defendants' Counsel began a trial in front of Magistrate Judge Almond entitled Walden v. City of Providence, et al C.A. No. 04-305A. That trial lasted until March 26, 2008. During that period of time, Defendants' counsel was virtually unable to perform any other work.

Defendants' counsel has noticed the depositions of Plaintiffs' experts for May 5, 2008 and May 12, 2008. Prior to Defendants' experts rendering their opinion, they need to review Plaintiffs' experts' depositions. In order for Defendants' experts to do that, they need additional time to prepare their report.

WHEREFORE, Defendants request up to and including June 30, 2008 within which to make their expert disclosure.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this ____________ day of March, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865

/s/ Kevin F.McHugh
Kevin F. McHugh