**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.; | ) | |
| Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** | ) | |
| Defendants | ) | |

**PLAINTIFFS' RULE 21 MOTION TO ADD MARIA**
**<u>ENCARNACION AND DROP WANDA ESCOBEDO AS PARTIES</u>**

Pursuant to Local Rule 7 and F.R.C.P. 21, plaintiffs hereby move to add Maria Encarnacion as a party-plaintiff and drop Wanda Escobedo as a party to this action. Maria Encarnacion is now the Administratrix d.b.n. for the Estate of Joseline J. Cuc.

In conjunction with this motion, plaintiffs have filed an accompanying Memorandum of Law setting forth the specific facts and supporting authorities.

Dated: May 12, 2008

/s/Michael W. Long_______________

Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Kevin F. Mchugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Motion to Compel on the 12th day of May, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long