48
STATE WIDE

STATE OF RHODE ISLAND & c.
COUNTY OF PROVIDENCE

PROBATE COURT OF THE
CITY OF PROVIDENCE

Estate of Joseline J. Cuc
resident decedent

No. 05-384

November 21, 2005

To Ana Maria Cuc of Providence

GREETING:-

You having qualified as administratrix
are by these presents vested with all the power and authority to said office by law belonging.

By the Court.

Susan L. Nikolian
Deputy Clerk