48
STATE WIDE

STATE OF RHODE ISLAND & c. PROBATE COURT OF THE
COUNTY OF PROVIDENCE CITY OF PROVIDENCE

Estate of Joseline J. Cuc No. 05-384 May 6, 2008
resident decedent

To Maria Encarnacion of Providence

GREETING:-

You having qualified as **administratrix d.b.n.**
are by these presents vested with all the power and authority to said office by law belonging.

By the Court.

Susan L Nikolian
Deputy Clerk