**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline (Plaintiffs) | : | |
| | : | C.A. NO. 06-502ML |
| v | : | |
| **THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVANS,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SEY SEY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Brigham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities (Defendants) | : | |

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance as counsel for Defendants in the above-entitled matter.

/s/ Sara A. Rapport (#6184)
Sara A. Rapport
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)
srapport@providenceri.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent via electronic mail a true copy of the within Withdrawal of Appearance to the Attorneys of Record as listed below on this 28th day of May , 2008.

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865
ml@mwllaw.com

Gordon Cleary, Esquire
Vetter & White
20 Washington Street
Providence, Rhode Island 02903
gcleary@vetterandwhite.com

/s/ Sara A. Rapport