**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.; | ) | |
| Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** et. al.**;** | ) | |
| Defendants | ) | |

**PLAINTIFFS' OBJECTION TO MOTION OF DEFENDANTS FOR**
**<u>LEAVE TO AMEND DEFENDANTS' ANSWER TO THE COMPLAINT</u>**

Pursuant to Federal and Local Rules 7 and 15, plaintiffs hereby object to the Motion of Defendants for Leave to Amend Defendants' Answer to the Complaint on the grounds that defendants have waived any right to assert a defense of Qualified Immunity, as more fully set forth in the accompanying Memorandum in Support of Plaintiffs' Objection.

Dated: June 2, 2008

/s/Michael W. Long______________
Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

**CERTIFICATE OF SERVICE**

To:

Kevin F. Mchugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Objection to the Motion of Defendants for Leave to Amend Defendants' Answer on the 2nd day of June, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long