**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WANDA ESCOBEDO,** in her capacity as the Executrix of the Estate of Joseline Cuc, **LUIS DELEON,** Father of Joseline Cuc, and **ANA M. CUC,** Mother of Joseline
(Plaintiffs)

vs

C.A. NO. 06-502ML

**THE CITY OF PROVIDENCE, THE PROVIDENCE SCHOOL DEPARTMENT,** and **STEPHEN T. NAPOLITANO,** in his Capacity as Treasurer of the City of Providence, **DONNIE EVANS,** in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON,** individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI,** individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SAY SAY KAMARA,** individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN,** individually and in her capacities as an employee of the Providence School Department and School Nurse at the Bridgham Middle School, **JOHN AND JANE DOE,** individually and in their respective official capacities
(Defendants)

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** June 4, 2008

**MOTION OF DEFENDANTS FOR LEAVE TO AMEND DEFENDANTS' ANSWER TO THE COMPLAINT**

Now comes the Defendant, Melody A. Johnson, Dinah Larbi, Say Say Kamara and Diane Martin pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves for leave to amend Defendants' Answer to Plaintiffs' Complaint to assert the additional affirmative defense of qualified immunity with respect to the claims asserted

against Defendants Johnson, Larbi, Kamara and Martin pursuant to § 42 U.S.C. 1983. in the form and manner attached hereto.

As reason therefore, Defendant states that it intended to assert the affirmative defense of qualified immunity in the Answer to Plaintiffs' Complaint, and failure to do so was an oversight recently discovered. Defendants rely on their accompanying memorandum in support of said Motion.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this 16th day of May, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Michael W. Long, Esquire
640 George Washington Highway
Lincoln, Rhode Island 02865

/s/ Kevin F.McHugh
Kevin F. McHugh