**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO, in her capacity as the Executrix of the Estate of Joseline Cuc, et al (Plaintiff)** | : | |
| **vs** | : | **C.A. NO. 06-502ML** |
| **THE CITY OF PROVIDENCE, ET AL** | : | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS UP TO AND INCLUDING SEPTEMBER 11, 2008**

Now come the Defendants in the above-entitled matter and hereby move for an extension of time up to and including September 11, 2008 within which to file their dispositive motions. Defendants rely on the accompanying Memorandum in support thereof.

Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO, in her capacity as the Executrix of the Estate of Joseline Cuc, et al** | : | |
| **(Plaintiff)** | : | |
| **vs** | : | **C.A. NO. 06-502ML** |
| **THE CITY OF PROVIDENCE, ET AL** | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS UP TO AND INCLUDING SEPTEMBER 11, 2008**

On August 22, 2007, the Court, in a text order, granted the Plaintiffs' motion to extend the pretrial deadline. A copy of the Order is attached hereto as Exhibit "A." In that Order, the Court stated that no further extensions will be allowed. On December 6, 2007, new counsel entered his appearance for the Defendants. On April 8, 2008, the Defendants moved for an extension in which to make their expert disclosure. On June 2, 2008, the Court granted the motion, extending the expert disclosure date until June 30, 2008. The date for dispositive motions remained at July 11, 2008.

The Defendants have taken the following depositions over the last several months:

| | |
|---|---|
| Ana Cuc | 4/16/08 |
| Wanda Escobedo | 4/17/08 |
| Luis DeLeon | 4/24/08 |
| Ana Cuc – continued | 4/24/08 |
| Dr. Markenson (Plaintiff's Expert) | 6/6/08 |

| | |
|---|---|
| Juan Batista | 6/10/08 |
| Nadine Schwab (Plaintiff's Expert) | 6/19/08 |
| Dr. Lloyd Feit (Plaintiff's treating physician) | 6/20/08 |

Both experts' depositions lasted seven hours and the Markenson transcript is voluminous.

The Schwab transcript will be voluminous, also, but has yet to be received. The Feit transcript has not been received yet, either.

The Defendants wish to file motions for summary judgment The Defendants need an additional 60 days to do so. Not only are some of the transcripts voluminous in this case, but two have yet to be received. They will require a great deal of time to go through.

In particular, the individual defendants amended their answer to include qualified immunity as an affirmative defense in May of 2008. The individual defendants need to assert that defense in a motion for summary judgment as qualified immunity is a defense to suit rather than liability.

Dispositive motions may, if not dispose of the case, narrow the case down for the jury.

WHEREFORE, Defendants request that their Motion for an Extension of Time Within Which to File Dispositive Motions be granted.

Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this 27th day of June, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system.

/s/ Kevin F.McHugh
Kevin F. McHugh