MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:cranucci@providenceri.com,ssanchez@providenceri.com,mliberato@providenceri.com,ldanef@rid.uscourts.gov,ml@mwllaw.com,mmlnef@rid.uscourts
Message-Id:<179415@rid.uscourts.gov>
Subject:Activity in Case 1:06-cv-00502-ML-LDA Escobedo et al v. City of Providence et al "Order on Motion for Extension of Time"
Content-Type: text/html

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Barletta, Barbara entered on 8/22/2007 at 8:55 AM EDT and filed on 8/22/2007

**Case Name:** Escobedo et al v. City of Providence et al
**Case Number:** 1:06-cv-502
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [16] Motion for Extension of Time of pretrial order deadlines - NO FURTHER EXTENSIONS WILL BE ALLOWED - So Ordered by Chief Judge Mary M Lisi on 8/22/07. (Barletta, Barbara)

The following document(s) are associated with this transaction:

**1:06-cv-502 Notice will be electronically mailed to:**

Michael W. Long ml@mwllaw.com

Sara A. Rapport srapport@providenceri.com, cranucci@providenceri.com; ssanchez@providenceri.com; mliberato@providenceri.com

**1:06-cv-502 Notice will be delivered by other means to:**