**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WANDA ESCOBEDO**, in her Capacity as the Executrix of the Estate of Joseline Cuc, et al., **LUIS DELEON,** Father of Joseline Cuc, and **ANA CUC**, Mother of Joseline Cuc (Plaintiffs) | : C.A. No. 06-502ML |
| vs | : |
| THE CITY OF PROVIDENCE, **THE PROVIDENCE SCHOOL DEPARTMENT**, and **STEPHEN T. NAPOLITANO**, in his Capacity as Treasurer of the City of Providence, **DONNIE EVANS**, in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON**, individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI**, individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SAY SAY KAMARA**, individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN**, individually and in her capacities as an employee of The Providence School Department and School Nurse at the Bridgham Middle School, **JOHN AND JANE DOE**, individually and in their respective capacities (Defendants) | : |

**MOTION OF DEFENDANTS DONNIE EVANS AND THE CITY OF PROVIDENCE FOR SUBSTITUTION OF PARTIES**

Now come the defendants, Donnie Evans and City of Providence pursuant to Rule 25 (d) of the Federal Rules of Civil Procedure and move this court to substitute Donnie Evans, in his capacity as Superintendent with Thomas Brady, in his capacity as Superintendent.

As reasons therefore, the Defendants state that Donnie Evans no longer serves as Superintendent of the Providence School Department, and has been replaced by Thomas Brady. Defendants rely on their accompanying memorandum in support of said Motion.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh______________
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this _________ day of July, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Michael W. Long, Esquire
640 George Washington Highway
Lincoln Rhode Island 02865

/s/ Kevin F. McHugh_____________
Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, in her Capacity as the Executrix of the Estate of Joseline Cuc, et al., **LUIS DELEON,** Father of Joseline Cuc, and **ANA CUC**, Mother of Joseline Cuc (Plaintiffs) | : | C.A. No. 06-502ML |
| vs | : | |
| THE CITY OF PROVIDENCE, **THE PROVIDENCE SCHOOL DEPARTMENT**, and **STEPHEN T. NAPOLITANO**, in his Capacity as Treasurer of the City of Providence, **DONNIE EVANS**, in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON**, individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI**, individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SAY SAY KAMARA**, individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN**, individually and in her capacities as an employee of The Providence School Department and School Nurse at the Bridgham Middle School, **JOHN AND JANE DOE**, individually and in their respective capacities (Defendants) | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS DONNIE EVANS AND THE CITY OF PROVIDENCE'S MOTION FOR SUBSTITUTION OF PARTIES**

Defendants Donnie Evans and the City of Providence pursuant to Rule 25 (d) of the Federal Rules of Civil Procedure, seek to substitute Donnie Evans, in his capacity as Superintendent with Thomas Brady, in his capacity as Superintendent. As of July 14th,

2008, Donnie Evans no longer serves as Superintendent of the Providence School Department, and has been replaced by Thomas Brady.

Rule 25 (d) of the Federal Rules of Civil Procedure provides that, “An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.”

Official capacity suits “generally represent only another way of pleading an action against an entity of which an officer is an agent.” *Kentucky v. Graham*, 473 U.S. 159, 165-66 (1985) (quoting *Monell v. New York City Dept. of Soc. Services*, 436 U.S. 658, (1978)).

When seeking damages in an official capacity suit, the plaintiff must look to the entity itself, and not the personal assets of the official. *Id*. at 166. Personal capacity suits, on the other hand, seek to impose personal liability upon government officials for actions taken under color of law. *Id.* at 165.

In *Negron Gaztambide v. Hernandez Torres*, 145 F.3d 410, 415 (1st Cir. 1998) the successors to the government officials originally named were ruled to have standing to challenge a settlement agreement because when they entered office, “they were substituted *automatically* as representatives of the Commonwealth, which is the real party in interest in the official capacity suits.” The current officeholders’ lack of participation or knowledge of events before their ascendancy does not alter their substantive rights. *Id*.

Because Donnie Evans was named in his official capacity as Superintendent only, the Plaintiffs can not recover damages against him personally, but only against the City

of Providence. Donnie Evans replacement with Thomas Brady should happen automatically.

WHEREFORE, for the reasons stated herein, the Defendants respectfully request that this Honorable Court grant Defendant's Motion for Substitution to replace Donnie Evans with Thomas Brady pursuant to Rule 25 (d) of the Federal Rules of Civil Procedure.

Municipal Defendants,
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh_____________
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this _________ day of July, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Michael W. Long, Esquire
640 George Washington Highway
Lincoln Rhode Island 02865

/s/ Kevin F. McHugh___________________
Kevin F. McHugh