**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARIA ENCARNACION**, in her Capacity as the Executrix of the Estate of Joseline Cuc, et al., **LUIS DELEON,** Father of Joseline Cuc, and **ANA CUC**, Mother of Joseline Cuc (Plaintiffs) | : | C.A. No. 06-502ML |
| vs | : | |
| THE CITY OF PROVIDENCE, **THE PROVIDENCE SCHOOL DEPARTMENT**, and **STEPHEN T. NAPOLITANO**, in his Capacity as Treasurer of the City of Providence, **THOMAS BRADY**, in his capacity as Superintendent of the Providence School Department, **MELODY A. JOHNSON**, individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI**, individually and in her capacity as Principal of Samuel W. Bridgham Middle School, **SAY SAY KAMARA**, individually and in his capacity as an employee of the Providence School Department, **DIANE MARTIN**, individually and in her capacities as an employee of The Providence School Department and School Nurse at the Bridgham Middle School, **JOHN AND JANE DOE**, individually and in their respective capacities (Defendants) | : | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Now come the defendants in the above-entitled matter and move for an extension of time up to and including September 26, 2008 within which to file their Motion for Summary Judgment. As reasons therefore, the defendants state that currently dispositive motions are due on September 11, 2008. They only received their nurse practices' expert's transcript last week and defendants' counsel was court-excused and on vacation that week. He wishes to use the transcript in a dispositive motion. Moreover, the

deposition of defendant Johnson is scheduled by satellite on September 8, 2008 and the defendants wish to use her transcript in a dispositive motion. The defendants need the transcript before they can complete their memo. In addition, there are five depositions being taken by the plaintiffs on September 5, 2008, and the defendants wish to use their transcripts in their dispositive motion, also.

WHEREFORE, defendants request that their Motion for Extension of Time be granted.

Defendants,
By their Attorneys:

JOSEPH M. FERNANDEZ
CITY SOLICITOR

/s/ Kevin F. McHugh______________
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this 4th day of September, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Michael W. Long, Esquire
640 George Washington Highway
Lincoln Rhode Island 02865
ml@mwllaw.com

/s/ Kevin F. McHugh_____________
Kevin F. McHugh