**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cuc*, et. al.*;* | ) | |
| Plaintiffs | ) | C.A. No. 06-502ML |
| vs. | ) | |
| **THE CITY OF PROVIDENCE,** *et. al.***;** | ) | |
| Defendants | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**

Plaintiffs do not object to defendants' motion for an enlargement until September 26, 2008, to file summary judgment motions. Plaintiffs, however, wish to point out that pursuant to this Court's June 30, 2008, Text Order, pretrial memoranda are due from the parties on September 25, 2008.

Plaintiffs request that if defendant's motion for enlargement is granted, that the Court also consider enlarging the time for filing of pretrial motions until after dispositive motion(s) are decided, or until such other time as the Court deems fit and proper. An enlargement of the date for submission of pretrial memoranda would afford both parties the opportunity to address the issues raised in any dispositive motions, and the parties' respective responses, and potentially narrow the issues to be addressed for trial.

Dated: September 4, 2008

/s/Michael W. Long

Michael W. Long, No. 5455
Attorney at Law, P.C.
Attorney for Plaintiffs
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310/(401) 333-0311 Fax

## CERTIFICATE OF SERVICE

To:

Kevin F. McHugh, Esq.
City of Providence-Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that I electronically filed this Plaintiffs' Response to Defendants' Motion for Extension of Time to File Summary Judgment Motion on the 4th day of September, 2008. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/Michael W. Long
Michael W. Long