# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF RHODE ISLAND

**WANDA ESCOBEDO**, *in her capacity as the Executrix of the Estate of Joseline Cue, et al.* §
Plaintiffs §
§ C.A. No. 06-502ML
§
**CITY OF PROVIDENCE**, et al. §
Defendants

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Melody Johnson, in her individual capacity hereby moves that Kevin O'Hanlon, O'Hanlon, McCollom & Demerath be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ George J. West
Signature of Local Counsel

George J. West
George J. West, Esq.
RI Bar ID # 3052
George J. West & Associates
One Turks Head Place - Ste. 312
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330
Email: gjwest@georgejwestlaw.com
Website: www.georgejwestlaw.com

**Certificate of Service**

I certify that on Sept. 8, 2008, a copy of the foregoing was sent via U.S. First Class Certified Mail, Return Receipt Requested, to:

Michael Long
Michael W. Long, P.C.
640 George Washington Highway
Lincoln, RI 02865
(401) 333-0310
Facsimile: (401) 333-0311
**Attorney for Plaintiffs**

Kevin F. McHugh
Sara A. Rapport
City of Providence
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740
Facsimile: (401) 351-7596
**Attorneys for Defendants City of Providence, et al.**

William P. Gasbarro
RI E-911 Uniform Emergency Division
1951 Smith Street
North Providence, RI 02911
(401) 354-0911
**Attorney for Movant Rhode Island E 9-1-1 Uniform Emergency Telephone System Division**

/s/ George J. West
Signature of Local Counsel

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

_______________________________________________

District Judge                                                                 Date