# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MARIA ENCARNACION**, in her Capacity as the Executrix of the Estate of Joseline Cuc, et al, **LUIS DELEON,** Father Joseline Cuc, and **ANA CUC**, Mother of Joseline Cuc : (Plaintiffs) : Vs. : : THE CITY OF PROVIDENCE, **THE PROVIDENCE SCHOOL DEPARTMENT**, and **STEPHEN T. NAPOLITANO**, in his Capacity as Treasurer of the City Providence, **THOMAS BRADY**, in his capacity as Superintendent of the Providence School Department **MELODY A. JOHNSON**, individually and in her capacity as former Superintendent of the Providence School Department, **DINAH LARBI**, individually and in her capacity as Principal of Samuel W. Bridgham Middle School **SAY SAY KAMARA**, individually and in his capacity as an employee of the Providence School Department; **DIANE MARTIN**, individually and in her capacities as an employee of The Providence School Department and School Nurse at the Bridgham Middle School, **JOHN AND JANE DOE,** individually **JANE DOE**, individually and in their respective (Defendants) | C.A. No. 06-502ML |

## **STIPULATION**

Plaintiffs' Amended Complaint is hereby dismissed with prejudice, no interest, no costs, no attorneys' fees to either side.

/s/ Kevin F. McHugh _____
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

/s/ Michael W. Long, Esq._____
Michael W. Long, Esquire
640 George Washington Highway
Lincoln Rhode Island 02865
ml@mwllaw.com

/s/ Gordon Cleary, Esq._____
Gordon Cleary, Esq.
Vetter & White
Center Place
50 Park Row West – Suite 109
Providence, RI 02903
gcleary@vetterandwhite.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March, 2010, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

      /s/ Kevin F. McHugh_____
      Kevin F. McHugh